IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 3:07cr263 |
| | ) | |
| | ) | JUDGE HAYNES |
| KENNETH KENNEDY | ) | |

## ORDER

In accordance with the Memorandum filed herewith, Defendant Kenneth Kennedy's motions to review the entire juror note (Docket Entry No. 261) and to interview jurors (Docket Entry No. 262) are **DENIED**.

It is so **ORDERED**.

ENTERED this the 3rd day of December, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge