IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:07-00263 |
| | ) | JUDGE WILLIAM J. HAYNES, JR. |
| KENNETH KENNEDY | ) | |

**ORDER**

This motion is DENIED.

[signature]

6-17-11

## MOTION TO CONTINUE THE SENTENCING HEARING DATE

Comes now the Defendant, Kenneth Kennedy, by and through counsel of record, Paul J. Bruno, and hereby moves this Honorable Court to continue the sentencing hearing date in the above styled case that is presently set for Friday, June 17, 2011 at 10:00 a.m. As grounds for this Motion, Mr. Kennedy, who is sixty-seven (67) years old, would state and show that he recently underwent a physical examination by Dr. Kent in Clarksville, Tennessee to determine whether he had any health conditions that need to be addressed. Although he had not had a physical completed in almost twenty (20) years, Mr. Kennedy thought that he was in relatively good health and hoped to have a report confirming this assumption for the Court prior to sentencing. However, to his surprise, it appears that he had multiple health issues that need to be addressed, and he would like to have those issues addressed prior to being sentenced in this case.

First, and most concerning for Mr. Kennedy, Dr. Kent's office advised Mr. Kennedy that they have scheduled an appointment for Mr. Kennedy to see Dr. Stotz at the Vanderbilt University Medical Center's Neurology Department on August 11, 2011 due to the tremors Mr. Kennedy is experiencing in his hands. Mr. Kennedy is very concerned about this appointment due to the fact that his mother had Parkinson's Disease, causing Mr. Kennedy to wonder whether he will be diagnosed with the same.